1    GEOFFREY C. LYON (Bar No. 132747)       **JS-6**
        LYON LAW PC
2    555 E Ocean Blvd Ste 610
        Long Beach CA 90802-5055
3    Tel: 562-590-6900; Fax: 562-590-6945
        lyonlaw@verizon.net
4
        Attorney for Plaintiff,
5    TANYA STELLY

6    BINGHAM McCUTCHEN LLP
        JACQUELINE COOKERLY AGUILERA (SBN 166579)
7    EILEEN M. O'BRIEN (SBN 234786)
        355 South Grand Avenue, Suite 4400
8    Los Angeles, California  90071-3106
        Telephone:  213.680.6400
9    Facsimile:  213.680.6499

10   Attorneys for Defendant
       T-MOBILE USA, INC.

11

12

13            UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA

15

16   TANYA STELLY,            Case No. CV08-06557 VBF (FMOx)

17         Plaintiff,         **ORDER RE STIPULATION RE**
                           **LIMITATION ON DAMAGES**
18       v.                     **AND REMAND OF ACTION**

19   T-MOBILE USA INC., and DOES 1 to
       10,
20
           Defendants.
21

22

23

24

25

26

27

28

1    Based upon the above representations and agreements by Plaintiff

2  Stelly and her counsel, and the stipulation of the Parties, the pleadings and papers

3  on file in this action, the comments of counsel at the December 1, 2008,

4  Scheduling Conference, and those matters of which the Court may properly take

5  judicial notice and GOOD CAUSE APPEARING THEREFORE:

6    IT IS HEREBY ORDERED THAT this entire action be and hereby is

7  ordered remanded forthwith to the California Superior Court for the County of Los

8  Angeles, in light of and subject to the terms and conditions of the Parties'

9  stipulation that the total of all recovery by Plaintiff Stelly, including economic

10  damages, non-economic damages, punitive damages, interest, costs and attorneys'

11  fees shall not exceed $75,000 in the aggregate, and in light of the Parties' intent

12  that this stipulation shall be binding and conclusive upon Plaintiff and her counsel

13  in the California Superior Court.

14

15  IT IS SO ORDERED.

16

17  DATED:  December 15, 2008    By _____

18    Hon. Valerie Baker Fairbank
    UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2

A/72782933.1